# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VANTRAE GREGORY, | No. CV 12-1624-SVW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: February 5, 2014

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE