# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 12-1624-SVW (PLA)**      Date: **March 13, 2017**

Title: **VanTrae Gregory v. Domingo Uribe, Jr., Warden, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:** (IN CHAMBERS)

On January 24, 2017, the Court granted plaintiff's request for an extension of time (ECF No. 65) to respond to the Court's December 12, 2017, Order requiring plaintiff to inform the Court, no later than January 8, 2017, whether he wished to proceed in this action as a civil rights case pursuant to 42 U.S.C. § 1983, or whether he wished to withdraw his complaint. (ECF No. 56). Plaintiff's response to the December 12, 2017, Order was due no later than February 28, 2017. Plaintiff was advised that failure to timely comply with that Order would result in the action being dismissed for failure to prosecute and/or failure to follow Court orders. Plaintiff has not filed his response to the December 12, 2017, Order, and his time to do so, even as extended, has passed. Accordingly, **plaintiff is ordered to show cause, no later than March 27, 2017**, why this action should not be dismissed for failure to prosecute and/or failure to follow Court orders. Filing of his response to the December 12, 2107, Order as well as payment of the filing fee of $400 or the submission of a request to proceed in forma pauperis, shall be deemed compliance with this order to show cause.

cc:      VanTrae Gregory, pro se
          Gregory J. Marcot, CAAG

Initials of Deputy Clerk    ch